The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SYMETRA LIFE INSURANCE COMPANY, a Washington corporation, <br><br>Plaintiff, <br><br>v. <br><br>JASMINE DIANNE DURR TRUST, a Washington trust, by and through its representative, Guardianship Services of Seattle; SOF RECEIVABLES III, LLC, a Delaware limited liability corporation; J.G. WENTWORTH ORIGINATIONS, LLC, a Nevada limited liability corporation, <br><br>Defendant. | NO. 2:19-cv-00603-RAJ <br><br> ORDER |

THIS MATTER coming before the Court on Symetra Life Insurance Company's ("Plaintiff") Stipulated Motion to Deposit Interpleader Funds (the "Motion"), and the Court having considered this matter, it is hereby ordered:

1. In accordance with the Motion filed in the above-entitled interpleader action, the Clerk is directed to accept Plaintiff's cashier check, made payable to the Clerk, in the amount of $133, 600.00, plus applicable interest incurred through the date of deposit.

///

///

ORDER - 1
NO. 2:19-cv-00603 - RAJ
#1259687 v1 / 42726-439

2. The Clerk is directed to deposit these monies into a market rate interest bearing account, at the Court's current financial institution.

IT IS SO ORDERED this 30th day of July, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER - 2
NO. 2:19-cv-00603 - RAJ
#1259687 v1 / 42726-439

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100